FRANK A. BABOR, Appellant, *v.* HERMAN G. GOLDBERG, Respondent, Impleaded with Another.

Submitted March 11, 1940; decided March 15, 1940.

*Leo L. Hoffman* for motion.

*Irving Maxon* opposed.

Motion denied on condition that appellant perfects the appeal within twenty days.